LATHAM & WATKINS LLP
　　Christopher S. Yates (Bar No. 161273)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
chris.yates@lw.com

LATHAM & WATKINS LLP
　　Alan J. Devlin (Bar No. 282445)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
alan.devlin@lw.com

LATHAM & WATKINS LLP
　　Marcus Curtis (Bar No. 307726)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450
marcus.curtis@lw.com

Attorneys for Plaintiffs *NorthBay Healthcare Group
and NorthBay Healthcare Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHBAY HEALTHCARE GROUP; NORTHBAY HEALTHCARE CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>　　　　Defendants. | Case No. 3:17-cv-05005-LB<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>CMC Date: May 20, 2021<br>Time:　　　9:30 a.m.<br>Courtroom: Videoconference only<br><br>Hon. Laurel Beeler |

Pursuant to Civil Local Rule 16-10(d), and this Court's Case Management and Pretrial Order entered on February 25, 2021, ECF No. 124, Plaintiffs NorthBay Healthcare Group and NorthBay Healthcare Corporation, and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc., submit the following updated Joint Case Management Statement.

**Update on Settlement Discussions**

The parties are close to concluding a settlement that would result in dismissal of this action. Accordingly, the parties respectfully suggest that the motion to dismiss hearing set for May 20, 2021, and the case management conference set for the same date, be taken off calendar, pending further notice. The parties will notify the Court as soon as the settlement has been finalized.

Dated: May 13, 2021

LATHAM & WATKINS LLP

/s/ Christopher S. Yates
Christopher S. Yates

*Attorneys for Plaintiffs*
NORTHBAY HEALTHCARE GROUP;
NORTHBAY HEALTHCARE CORPORATION

Dated: May 13, 2021

MCDERMOTT WILL & EMERY LLP

/s/ Gregory R. Jones
Gregory R. Jones

*Attorneys for Defendant*
THE PERMANENTE MEDICAL GROUP, INC.

Dated: May 13, 2021

CROWELL & MORING LLP

/s/ Jason C. Murray
Jason C. Murray

*Attorneys for Defendant*
KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS

**SIGNATURE ATTESTATION**

I, Christopher S. Yates, am the ECF User whose identification and password are being used to file the foregoing Joint Case Management Statement. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this documents has been obtained from each of the other signatories.

Dated: May 13, 2021

LATHAM & WATKINS LLP

/s/ Christopher S. Yates
Christopher S. Yates

*Attorneys for Plaintiffs*
NORTHBAY HEALTHCARE GROUP;
NORTHBAY HEALTHCARE CORPORATION