LATHAM & WATKINS LLP
   Christopher S. Yates (Bar No. 161273)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
chris.yates@lw.com

LATHAM & WATKINS LLP
   Alan J. Devlin (Bar No. 282445)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
alan.devlin@lw.com

LATHAM & WATKINS LLP
   Marcus Curtis (Bar No. 307726)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450
marcus.curtis@lw.com

Attorneys for Plaintiffs *NorthBay Healthcare Group
and NorthBay Healthcare Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHBAY HEALTHCARE GROUP; NORTHBAY HEALTHCARE CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>    Defendants. | Case No. 3:17-cv-05005-LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Laurel Beeler |

Plaintiffs NorthBay Healthcare Group and NorthBay Healthcare Corporation, and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Inc., and The Permanente Medical Group, Inc., have executed a settlement agreement that resolves this litigation. In light of, and in consideration of that agreement, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action is dismissed with prejudice as to each and all Defendants. Each party shall bear its own costs and attorney's fees.

Dated: July 16, 2021

LATHAM & WATKINS LLP

/s/ Christopher S. Yates
Christopher S. Yates

*Attorneys for Plaintiffs*
NORTHBAY HEALTHCARE GROUP;
NORTHBAY HEALTHCARE
CORPORATION

Dated: July 16, 2021

MCDERMOTT WILL & EMERY LLP

/s/ Stephen Y. Wu
Stephen Y. Wu (admitted pro hac vice)

*Attorneys for Defendant*
THE PERMANENTE MEDICAL GROUP, INC.

Dated: July 16, 2021

CROWELL & MORING LLP

/s/ Jason C. Murray
Jason C. Murray

*Attorneys for Defendant*
KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS

**SIGNATURE ATTESTATION**

I, Christopher S. Yates, am the ECF User whose identification and password are being used to file the foregoing Stipulation of Dismissal With Prejudice. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 16, 2021                    LATHAM & WATKINS LLP

/s/ Christopher S. Yates
Christopher S. Yates

*Attorneys for Plaintiffs*
NORTHBAY HEALTHCARE GROUP;
NORTHBAY HEALTHCARE CORPORATION